**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | No. 4:14-CR-151-Y |
| § | |
| **JESUS GERARDO LEDEZMA-CEPEDA (01)** § | |
| **JESUS GERARDO LEDEZMA-CAMPANO (02)** § | |
| **JOSE LUIS CEPEDA-CORTES (03)** § | |

**DEFENDANT JESUS GERARDO LEDEZMA-CEPEDA'S**
**NOTICE OF EXPERT DESIGNATION**

Defendant JESUS GERARDO LEDEZMA-CEPEDA files this designation of expert witnesses pursuant to the Court's order. Defendant Ledezma-Cepeda intends to call:

1. Gary Fleming who will testify concerning the operations and activities of Mexican drug cartels and their methods of operation.

Respectfully submitted,

/s/ *Wes Ball*_____         /s/ *J. Warren S. John*_____
WES BALL                                                         J. WARREN ST. JOHN
State Bar No. 01643100                                   State Bar No. 18986300
4025 Woodland Park Blvd., Ste. 100          2020 Burnett Plaza, 801 Cherry St., Unit 5
Arlington, Texas 76013                                 Fort Worth, Texas 76102-6810
Telephone: 817-860-5000                           Telephone: 817-336-1436
Fax: 817-860-6645                                        Fax: 817-336-1429

ATTORNEY FOR DEFENDANT (01)         ATTORNEY FOR DEFENDANT (01)

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2016, a copy of this notice was served on all parties via court-enabled electronic case filing.

                                                 */s/ Wes Ball*
                                                 Wes Ball