```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION

UNITED STATES OF AMERICA        §
                                §
VS.                             §    ACTION NO. 4:14-CR-151-Y
                                §
JESUS LEDEZMA-CEPEDA (1)        §
JOSE LUIS CEPEDA-CORTES (3)     §
```

### ORDER PARTIALLY GRANTING CERTAIN MOTIONS TO SEAL AND EXTENDING MOTIONS DEADLINE FOR LIMITED PURPOSES

Pending before the Court are the following motions, all of which were filed by the government on March 14, 2016:

    (1) Motion to Seal Memorandum of Law Regarding Admissibility of Victim's Statements Relating to State of Mind (doc. 192);

    (2) Motion to Seal Memorandum of Law Regarding Admissibility of Co-Conspirator's Statements (doc. 193);

    (3) Motion to Seal Government's Motion to Suppress Co-Defendant's Exculpatory Post-Arrest Statements (doc. 195); and

    (4) Amended Motion to Seal Government's Motion to Suppress Testimony Regarding Cocaine in Victim's System (doc. 197).

In these motions to seal, the government contends that the documents attached to the motions need to be sealed "to prevent unnecessary disclosure of material that may ultimately be suppressed" or the like. The Court is disinclined to seal the documents on that basis, however, nor can it discern from review of the documents any other basis warranting sealing the documents from public view. As a result, the above-listed motions to seal are hereby PARTIALLY GRANTED, in that the motions to seal, with attachments, will be maintained by the clerk UNDER SEAL. But the motions to seal are DENIED to the extent that they seek to file the documents appended to the motions under seal.

The documents appended to the motions will not, however, be automatically filed. Rather, the government may first re-review the documents and decide whether it wants to publicly file them. The government shall have a brief extension of the pretrial-motions deadline until **March 30, 2016**, to publicly file the suppression motions at issue if it so chooses.[1]

    SIGNED March 24, 2016.

                                            *Terry R. Means*
                                          TERRY R. MEANS
                                          UNITED STATES DISTRICT JUDGE

---

[1] If the documents are publicly filed, the government shall take care to first remove any reference to the matter at issue in the Court's sealed order dated March 11, 2016 (ECF doc. 189) (the Court found one such reference on page two of the proposed Motion to Suppress to Exclude Co-Defendant Exculpatory Post-Arrest Statements (ECF doc. 195-1)).