```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:14-CR-151-Y |
| | § | |
| JESUS GERARDO LEDEZMA-CEPEDA (1) | § | |
| JOSE LUIS CEPEDA-CORTES (3) | § | |

<u>ORDER GRANTING MOTION TO SEAL EXHIBIT LIST</u>

Pending before the Court is the government's Motion to Seal its Exhibit List (doc. 293). Although the motion does not contain a certificate of conference, the Court's staff has been advised by lead counsel for Defendants that they do not oppose the motion. As a result, and after review of the motion and exhibit list, the Court concludes that the Motion to Seal should be and hereby is GRANTED. The government's Motion to Seal and its exhibit list shall be filed and maintained UNDER SEAL. The government's exhibit list is DEEMED TIMELY FILED this same day, and the clerk of the Court is DIRECTED to file a copy of the exhibit list, which was attached to the motion to seal, under seal. *See* N.D. Tex. L. Crim. R. 55.3(b)(2).

SIGNED April 21, 2016.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE