IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:14-CR-151-Y |
| | § | |
| JESUS GERARDO LEDEZMA-CEPEDA (1) | § | |
| JOSE LUIS CEPEDA-CORTES (3) | § | |

## ORDER GRANTING MOTION TO SEAL WITNESS LIST

Pending before the Court is the government's Motion to Seal its Witness List (doc. 294). Although the motion does not contain a certificate of conference, the Court's staff has been advised by lead counsel for Defendants that they do not oppose the motion. As a result, and after review of the motion and witness list, the Court concludes that the Motion to Seal should be and hereby is GRANTED. The government's Motion to Seal and its witness list shall be filed and maintained UNDER SEAL. The government's witness list is DEEMED TIMELY FILED this same day, and the clerk of the Court is DIRECTED to file a copy of the witness list, which was attached to the motion to seal, under seal. *See* N.D. Tex. L. Crim. R. 55.3(b)(2).

SIGNED April 21, 2016.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO SEAL WITNESS LIST - Page Solo
TRM/chr